**Exhibit A to the Complaint**

**Location:** New York, NY  
**Total Works Infringed:** 34

**IP Address:** 207.237.93.111  
**ISP:** RCN

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 3CAD7A2A0AAECF317DF61A8209EF50F816628EF9<br>File Hash: DCDC4012ECFC833DB16B30305BB12BCAEA6D97E177C4D4DDA09912E5E56A55DB | 11-13-2021 19:51:01 | Vixen | 08-06-2021 | 08-23-2021 | PA0002308435 |
| 2 | Info Hash: 7762CBBE6C9FB1534FF0CF55C10E854AB3F7B0A6<br>File Hash: BDDC682B3B47C3CDA898F2029A36EF5F25706CA537E8EDB40534C680C6A67E5C | 11-09-2021 21:34:44 | Blacked | 11-06-2021 | 11-11-2021 | PA0002321284 |
| 3 | Info Hash: 384973DDD6B06E2B640CD9EF0FD526860C50CA56<br>File Hash: F68C29AF0E1AD31F893F183FA679B0A4E2113B22A16B2BD821BE3B89168B0C36 | 11-08-2021 22:39:39 | Vixen | 11-05-2021 | 11-11-2021 | PA0002321282 |
| 4 | Info Hash: DADDC020188225733D70B4BD7BC3C7A1C5E6DF7F<br>File Hash: 66817E5F5203B5D23FD9F101FF93ACEAFCE88D34598DFA5D6CDE4E930490CDFB | 10-27-2021 18:24:42 | Blacked Raw | 10-25-2021 | 11-11-2021 | PA0002321278 |
| 5 | Info Hash: 31B974DCDF2548CFD5F55B89DC321DAA89C91B36<br>File Hash: 8A964EA016BF47E08DCB07F16975016B58A018D9DF6AE6825FAD3F3ADA8B3E4B | 10-26-2021 21:58:16 | Blacked | 10-23-2021 | 11-11-2021 | PA0002321276 |
| 6 | Info Hash: D156C5F6B8F3AF78BE99FC1DD0FBF7177BBCED5C<br>File Hash: 59510D6F123F21429DA99C2323BF6EC72A9E3C364259F9D987AE22848F5FC312 | 10-26-2021 12:01:34 | Vixen | 10-22-2021 | 11-11-2021 | PA0002321272 |
| 7 | Info Hash: 1D41990AB5A3C4C31036F316B1BF79C315123F72<br>File Hash: 12ECE9683A9BC28BC1117CB6E408E662AEE7D8E035206170B47DD4E309FE251B | 10-20-2021 17:44:34 | Tushy | 10-17-2021 | 11-11-2021 | PA0002321294 |
| 8 | Info Hash: 42AE2105490978802CCCA1E58E3F98374AD6D75B<br>File Hash: 2895C8A5CEA1F7B3E825FCE56821786A7E5A99DC75F1C87A3913ADE9EBE220A0 | 10-12-2021 22:14:49 | Vixen | 10-08-2021 | 11-11-2021 | PA0002321269 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 103413E4C5A99436E65DA5AD48EBAEC6C0F9318E<br>File Hash: 361F59F96C528885FB2E86C666D9829D4156BBF6F985E6AA085BC4081B8086DE | 09-18-2021 07:51:30 | Blacked Raw | 09-13-2021 | 11-11-2021 | PA0002321292 |
| 10 | Info Hash: 1A73D8163644CA83E455669951E0582657F422E8<br>File Hash: 8BD1C16FAA5C47663ADA3CA5D2931DDD6D6FF4CFADA05F3FC545F4D565B08042 | 09-15-2021 21:39:38 | Vixen | 09-13-2021 | 10-05-2021 | PA0002315286 |
| 11 | Info Hash: 2BF966F2EC01906FE193276483DABBD26841E7FD<br>File Hash: 6655D05CFFA84F8EC48733860A293F251E8A8BC63A827694BB700CA860659973 | 09-15-2021 21:34:00 | Tushy | 06-07-2020 | 06-25-2020 | PA0002255506 |
| 12 | Info Hash: 79EB18A80F8F7B70B6FC858C3BFEB0A8370A4750<br>File Hash: 396B87E2FEA3DF0FB8D82C85F5E46D2E71751FD042162C4D755BC4793A645C9F | 09-14-2021 13:38:12 | Tushy | 09-13-2021 | 10-05-2021 | PA0002315290 |
| 13 | Info Hash: DDB5B87DD389A7D38E36B58177629B40BE7B74EE<br>File Hash: 7A635BC050ED42E52C8B861EABDB6DD010C5CC310A60219E2B59B38D1218DE46 | 09-09-2021 21:31:25 | Blacked | 08-15-2020 | 09-05-2020 | PA0002255476 |
| 14 | Info Hash: 5463DF03D918B469190A59518CDCF7E245D6494C<br>File Hash: 99CF4E2A7DE075529D188AE25D2CE7350FBE9326B94D51C982585001266F73B3 | 09-09-2021 21:26:30 | Vixen | 11-25-2019 | 12-09-2019 | PA0002216264 |
| 15 | Info Hash: ACEF4DB489EC9EC398D9F3B4CBD97FD99EF8F24A<br>File Hash: FE1902B9F905632523A413119050801BFE1418A496DDDAA4E972FCDE4AB762DE | 09-09-2021 21:26:24 | Tushy | 10-25-2020 | 11-24-2020 | PA0002265965 |
| 16 | Info Hash: 9166337185E648B47AAEFA857CDFC5288A1BA5FA<br>File Hash: F30AD5E122CC7A08179414E20BF3E69012CDEC3105935416D6C8193BCFF2FDD1 | 09-09-2021 13:04:17 | Tushy | 09-05-2021 | 09-21-2021 | PA0002312671 |
| 17 | Info Hash: A415A6857FC17645C0DD4F459251809AE42AF562<br>File Hash: BCB5233B1D65A9B1514D1C32F7A765BBEFEE0FAB7DA467BC9573F47FE7EC1955 | 08-30-2021 12:47:53 | Vixen | 08-27-2021 | 09-30-2021 | PA0002319735 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: EA9FF13E03AB98F784270C43F9812FF205C74AD8<br>File Hash: 4B815AE2C3BBEFEA6AB1B15442E7FE5D03648BDEEA1A2993D20BF914535C52BE | 08-23-2021 21:08:40 | Vixen | 08-19-2021 | 10-05-2021 | PA0002315294 |
| 19 | Info Hash: 752E7DEB87A02334B5649EE1FC8F0D941D627158<br>File Hash: 71B09A393C031EA3C4E064DF8E2A8D683B27DDB53606D4942CBE12A690354ED8 | 08-23-2021 21:04:54 | Tushy | 08-19-2021 | 10-05-2021 | PA0002315293 |
| 20 | Info Hash: 2DEBFB2D58D17A4DD87260D8761C937E2D3FB6C8<br>File Hash: 5227155C139879FEABC60A356F3B8984A10F9875ED1A40A93B1D8FFA063C9DF3 | 08-16-2021 15:37:53 | Blacked | 08-14-2021 | 08-23-2021 | PA0002308398 |
| 21 | Info Hash: 5CE4C6692AD15F515DF3FAB30155F5D949705690<br>File Hash: 6F140C2C7C78CEE0121DB05D1A4902A2257BB25DB37777F99ECEE5BFB7E82C6E | 08-07-2021 12:55:34 | Blacked | 07-31-2021 | 08-23-2021 | PA0002308430 |
| 22 | Info Hash: 08B0A612F8AE6494D6A7B7788B4646B936EB345B<br>File Hash: 05B9A29576186E3BEAB663C3C3464BB3F7C81EB156C6717C391C3C68F3CA9E4E | 07-28-2021 18:19:37 | Vixen | 07-23-2021 | 08-23-2021 | PA0002308400 |
| 23 | Info Hash: 51C5B8FED86E91E7B29A67C636149B7EF48E4993<br>File Hash: 9B00A5D7AA203F39A0524570796CCF18C944AFC45E74D83E93F2B51B7238EEC3 | 07-22-2021 21:15:28 | Blacked Raw | 07-19-2021 | 08-23-2021 | PA0002308404 |
| 24 | Info Hash: 05926D256929D4E3557BF7DBE26A5DF0140DA580<br>File Hash: 12DB0B0E6F2AD6D47AF4BDC53CA5F62CAC99D03FF937B0796B3E6CF21057785D | 07-19-2021 11:36:31 | Vixen | 07-16-2021 | 09-21-2021 | PA0002312673 |
| 25 | Info Hash: 03C069E6AEB87AFBA7D5C238902F8B37E79B3A47<br>File Hash: D529C07D0BB9480ACA88916FA1E57CE98498A9620B6923EBD09F31BEF3E2ADB7 | 07-11-2021 13:25:28 | Tushy | 07-25-2019 | 08-22-2019 | PA0002195515 |
| 26 | Info Hash: 2F7F33BF3A666ABE2F530743283BCDE814015848<br>File Hash: 2A98BD6222D5067954E6E39B48F5307B88F73327A96596ADE8DC8E3EDD3E8C25 | 07-09-2021 22:31:50 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 74964D3B38DB0C336AE21C64536CCC10081EBDDF<br>File Hash: 296984FF61F9590FBD6049CF61271D6BFAE9D17CD3D76DAA5B4CAFD611B822C4 | 07-02-2021 12:49:40 | Blacked Raw | 06-28-2021 | 07-08-2021 | PA0002300664 |
| 28 | Info Hash: BE759F6A958267C1A4C7E1B93F63ECB0B0EE0A46<br>File Hash: 4CA71F7DF19396D03CFAE2047B41EE8B846297AC0CD7DF5EB885A7BA9879C004 | 06-08-2021 18:17:29 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |
| 29 | Info Hash: A37E9DED6FFDC1AB0B1F1E3FAE29FED1AAD831B0<br>File Hash: 08D845E44E6C504024335E5594371172A1973617744D6A2F7E95B589D217464E | 05-27-2021 21:26:28 | Tushy | 05-07-2021 | 06-09-2021 | PA0002295578 |
| 30 | Info Hash: 98B3583856739205901AC1C8B78514AA249BA34E<br>File Hash: 99EA22FB08A7AA82E2ECBAF9760FE4A7B81918550A0E7638BD58B23E9B19CF59 | 05-27-2021 21:24:57 | Blacked | 05-22-2021 | 06-09-2021 | PA0002295591 |
| 31 | Info Hash: 7DC314B0DD6AE33E792CDD84E3127110CB6ABB15<br>File Hash: 143A618195C5205D31D7394510EF00D3D6F9159C6BBD3C485E0EE586B12F4D27 | 05-03-2021 20:11:18 | Vixen | 04-16-2021 | 06-09-2021 | PA0002295602 |
| 32 | Info Hash: B91028F8FF97039F1DAFE23A651DD879FECDF3FD<br>File Hash: CB9112CB07BAF880B77458D88729F588795B7810DF571C7442A04A4BE49F5EB3 | 01-19-2021 21:57:02 | Blacked | 01-16-2021 | 02-09-2021 | PA0002276150 |
| 33 | Info Hash: BF90C6D1B3C85C2F0D54127979837F539D753821<br>File Hash: 4F4CE01670E87386E959A04EB6B5BC51679C5F5D9DD0D6226475E2F200FB7172 | 12-14-2020 21:59:32 | Tushy | 12-06-2020 | 12-28-2020 | PA0002269080 |
| 34 | Info Hash: FB6D45F0A6BD5E28A418EF8AC262EC06C6D4A40B<br>File Hash: EE6802769054BFB182B32EB472AE2616FD92D062D9A3A75A2EB5D4BA1B2F0661 | 11-02-2020 21:45:11 | Blacked | 10-31-2020 | 11-24-2020 | PA0002265967 |