UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
STRIKE 3 HOLDINGS, LLC,                                         :
                                                                :
                                  :   Case No. 1:21-cv-10092-AJN
                    Plaintiff,                                   :
                                                                :
            vs.                                             :
                                                                :
JOHN DOE subscriber assigned IP address                         :
207.237.93.111,                                                 :
                                                                :
                   Defendant.                                    :
---------------------------------------------------------------X

**MOTION FOR LEAVE TO SERVE A THIRD PARTY
SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE**

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached: (1) Memorandum of Points and Authorities in support of this motion; (2) Declaration of David Williamson in support of this motion; (3) Declaration of Patrick Paige in support this motion; and (4) Declaration of Susan B. Stalzer in support of this motion, Strike 3 Holdings, LLC ("Plaintiff"), respectfully moves for entry of an order granting it leave to serve a third party subpoena on RCN, prior to a Rule 26(f) conference (the "Motion"). A proposed order is attached for the Court's convenience.

Dated: 12/04/2021                                  Respectfully submitted,

                                          By:    /s/ *Jacqueline M. James*
                                                    Jacqueline M. James, Esq. (1845)
                                                    The James Law Firm, PLLC
                                                    445 Hamilton Avenue
                                                    Suite 1102
                                                    White Plains, New York 10601
                                                    T: 914-358-6423
                                                    F: 914-358-6424
                                                    E-mail: jjames@jacquelinejameslaw.com
                                                    *Attorneys for Plaintiff*

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  Since Defendant's identity is unknown, I was unable to send a copy of the foregoing documents to Defendant or Defendant's counsel at this time.

                                                                        By:   /s/  *Jacqueline M. James*