```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
STRIKE 3 HOLDINGS, LLC,

                         Plaintiff,

      -against-

JOHN DOE subscriber assigned IP address :
207.237.93.111,

                         Defendant.
-----------------------------------------------------------------X

21-CV-10092 (AJN) (KHP)

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    In light of the Notice of Voluntary Dismissal filed on April 20, 2022 (doc. no 13) the Initial Case Management Conference currently scheduled for **May 19, 2022** is hereby adjourned *sine die*.

    **SO ORDERED.**

DATED:    New York, New York
              April 21, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge